**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

*Frymier*

§
§
§  CASE NO. 4:25-CV-0442
§
§
§

v.

*AVDA*

Exhibits - video

Black USB Flash drive

---

**DOCUMENT IS:**

☑ **LOOSE IN FILE**

☐ **IN VAULT SEALED**

☐ **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #** 14

Case # 4:25-cv-00442

Exhibit

Video USB Stick

Avda being Served Documents

Kevin Frymier

4-15-25

Exhibit

I, Kyle French was with Kevin Frymier in person and recorded the delivery of documents serving as a legal notice for conflict of interest to the AVDA organization. The program knows me very well for whistleblowing their procedures and their ties to former Judge Barbara Stalder. I was rejected from their program for recording their staff while my civil rights were being violated. Former Judge Barbara Stalder ordered my participation in the AVDA program, and after ordered me to make "donations" in a manner consistent with fraud to avoid paying taxes for court ordered fees clearly indicated on the company's website. On or about April 19th 2023, Kevin Frymier ask that I join him and document him serving AVDA with official notice of conflict of interest for their involvement in his personal case while having sanctions against former judge and Lead managing attorney Barbara Stalder. Knowing a history how Barbara Stalder was a former employee of AVDA before employment as a district judge in the 280th district court, I agreed and did join him. I made a video using a hidden camera device where AVDA employees were present in their building and had us removed from the property, acknowledging our presence and our identities. Their security guard clearly says we have been there before. They chose not to talk to us and did however except legal service papers on behalf of the organization. For nearly 4 years, the AVDA organization has heard from myself Kyle French, on multiple occasions, and multiple communications how their employment of a former judge who court ordered participation in a program of her own ongoing employment. I maintain that AVDA is well aware of my identity and my presence when they were served with official notice. Former Judge Barbara Stalder was also served at the 1001 Texas avenue location for AVDA for my federal lawsuit. On this recent instance, Barbara Stalder was served, eventually after stating my name and saying no while waving her hands wildly in the air as detailed in notes of official process service from the United States Marshall Service. I attest that the video that I have provided is authentic, unedited, in its original format, and captured on a good, reliable and working device. It clearly shows Kevin Frymier and myself serving avda with legal notice on April 19th 2023.

State of: TEXAS

County of: HARRIS

The foregoing instrument was acknowledged before me 15 day of April 2025 by Michael -jimmy- rodrigues

Your Name Here, Notary Public.

My Commission Expires 02|13|2028

Kyle french
4-14-2025
346-549-9525

Michael Jimmy Rodrigues
MY COMMISSION EXPIRES
02/13/2028
NOTARY ID: 134761694

**Statement of Kevin Frymier**

**April 15, 2025**

I, Kevin Frymier, make this statement to corroborate that the AVDA organization was properly served with legal notice and to detail the events that occurred on or about April 19, 2023, when I personally delivered those documents. I had never previously visited AVDA in person before this date. On April 19, 2023, I asked Kyle French to accompany me to AVDA to witness and document the delivery of official legal documents, including a conflict of interest not...a involving Barbara Stalder's continued employment with AVDA after she was sanctioned during her time as a judge in the 280th District Court. Upon entering the AVDA building, Kyle and I were met with hostility. As soon as I gave them my first and last name, AVDA staff immediately called security on both of us. Despite this, the AVDA staff accepted and received the legal documents that I presented. Security acknowledged us and our identities and made it clear that they were aware of who we were, referencing that we had "been there before," even though I had not. Kyle was present as my witness and documented the event. He has also provided a signed statement confirming these events. His presence and the events that took place that day further establish that AVDA was served with legal notice and acknowledged our identities and the documents delivered.

This statement is true and correct to the best of my knowledge.

State of: TEXAS

County of: Harris

The foregoing instrument was acknowledged before me 15 day of April

by: Michael-Young

Your Name Here, Notary Public

My Commission Expires