United States District Court
Southern District of Texas

**ENTERED**
April 22, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|                                           |     |                                    |
| ----------------------------------------- | --- | ---------------------------------- |
| Kevin Frymier,                            | §   |                                    |
|                                           | §   |                                    |
|                                           | §   |                                    |
| *Plaintiff,*                              | §   | Civil Action No. 4:25-cv-00442     |
|                                           | §   |                                    |
| v.                                        | §   |                                    |
|                                           | §   |                                    |
| Aid Victims of Domestic Abuse, and        | §   |                                    |
| Barbara Stalder,                          | §   |                                    |
|                                           | §   |                                    |
| *Defendant.*                              | §   |                                    |

## ORDER ON MOTION FOR ELECTRONIC NOTICES

Before the Court is Plaintiff Kevin Frymier's motion to receive electronic notifications of filings. Dkt. 17. The motion has no certificate of conference, nor does it state whether any defendant who has appeared in this case is opposed. *See* S.D. Tex. L.R. 7.1 (opposed motions must "contain an averment that (1) The movant has conferred with the respondent and (2) Counsel cannot agree about the disposition of the motion"). The Court cautions that any further motions must include a certificate indicating that Plaintiff has conferred with opposing counsel and stating whether the relevant defendant(s) are opposed to the requested relief. **Further non-compliant motions will be stricken.**

Nevertheless, the Court opts to resolve Plaintiff's motion. As Plaintiff explains, his request is limited to receiving electronic notices of all filings; he is not requesting e-filing privileges. Plaintiff expresses concern about not timely receiving Defendants' filings.

Finding good cause, the Court **GRANTS** Plaintiff's motion (Dkt. 17). The Clerk is hereby **ORDERED** to add Plaintiff's email (madkevin@yahoo.com) to the docket to allow him to receive electronic notice of all filings in this case.

Signed on April 22, 2025, at Houston, Texas.

Yvonne Y. Ho
Yvonne Y. Ho
United States Magistrate Judge

2