United States District Court
Southern District of Texas
**ENTERED**
August 29, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN FRYMIER, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:25-cv-00442 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| AID TO VICTIMS OF | § | |
| DOMESTIC ABUSE AND | § | |
| BARBARA STALDER, | § | |
| Defendants. | § | |

## FINAL JUDGMENT

This action is DISMISSED WITH PREJUDICE for the reasons stated in the order entered this same day adopting the Memorandum and Recommendation of the Magistrate Judge.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on August 29, 2025, at Houston, Texas.

Hon Charles Eskridge
United States District Judge